United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID ANGEL SIFUENTES,

    Plaintiff,

  v.

TWITTER INC.,

    Defendant.

Case No. 23-cv-01758-SK

**ORDER OF REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Re: Dkt. No. 1

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Kandis A. Westmore for consideration of whether the case is related to 23-cv-00186.

**IT IS SO ORDERED.**

Dated: August 14, 2023

_____
SALLIE KIM
United States Magistrate Judge